**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Unit 2B
South Pasadena, California 91030
Tel: (626) 808-4357

Attorneys for Plaintiff
TERESA JUNKERSFELD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA JUNKERSFELD, an individual on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>PER DIEM STAFFING SYSTEMS, INC.; and DOES 1 to 10 inclusive,<br><br>        Defendants. | Case No. 4:18-cv-07795-KAW<br><br>NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date:     January 6, 2022<br>Time:    1:30 p.m.<br>Location: Oakland Courthouse |

**TO THE COURT, DEFENDANT PER DIEM STAFFING SYSTEMS, INC., AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 6, 2022 at 1:30 p.m. in the United States District Court for the Northern District of California, located at 1301 Clay Street, Oakland, CA 94612, the Honorable Kandis A. Westmore, presiding, Plaintiff Teresa Junkersfeld ("Plaintiff") will and hereby does move for entry of an Order:

1. Preliminarily approving the terms of the Joint Stipulation and Settlement Agreement ("Settlement") with Defendant Per Diem Staffing Systems, Inc. ("Defendant"), which is submitted concurrently herewith as Exhibit 2 to the Compendium of Evidence, as fair, reasonable, and adequate;

2. Conditionally certifying the following proposed class for purposes of the Settlement only:

   All non-exempt hourly healthcare professionals employed by Defendant in California at any time between December 28, 2014 and July 1, 2021 who worked California overtime (i.e., over 8 hours per day) in any workweek during this period and received a housing allowance and/or a per diem allowance;

3. Conditionally certifying the following proposed Fair Labor Standards Act ("FLSA") collective for purposes of the Settlement only:

   All non-exempt hourly healthcare professionals employed by Defendant in California at any time between December 28, 2015 and July 1, 2021 who worked FLSA overtime hours (i.e., over 40 hours) in any workweek during this period and received a housing allowance and/or a per diem allowance;

4. Appointing Plaintiff as representative of the Settlement class and collective;

/ / /

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

5. Appointing Hayes Pawlenko LLP as counsel for the Settlement class and collective;

6. Approving the manner and content of the notice of Settlement, which is submitted concurrently herewith as Exhibit 4 to the Compendium of Evidence, as constituting the best notice practicable under the circumstances and in compliance with the requirements of due process;

7. Appointing CPT Group, Inc. as the settlement administrator, preliminarily approving settlement administration costs of up to $15,000, and directing the settlement administrator to disseminate notice in accordance with the Settlement; and

8. Scheduling a final fairness hearing on the question of whether the proposed Settlement should be finally approved.

The motion is unopposed by Defendant and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: November 30, 2021          **HAYES PAWLENKO LLP**

                                                   By:/s/Kye D. Pawlenko
                                                     Attorneys for Plaintiff