**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Unit 2B
South Pasadena, California 91030
Tel: (626) 808-4357

Attorneys for Plaintiff
TERESA JUNKERSFELD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA JUNKERSFELD, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PER DIEM STAFFING SYSTEMS, INC.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 4:18-cv-07795-KAW<br><br>NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date:     September 8, 2022<br>Time:     1:30 p.m.<br>Location: Oakland Courthouse |

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1

**TO THE COURT, DEFENDANT PER DIEM STAFFING SYSTEMS, INC., AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 8, 2022 at 1:30 p.m. in the United States District Court for the Northern District of California, located at 1301 Clay Street, Oakland, CA 94612, the Honorable Kandis A. Westmore, presiding, Plaintiff Teresa Junkersfeld ("Plaintiff") will and hereby does move for final approval of the class action settlement in this matter.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points & Authorities accompanying this Motion, the Exhibits filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: August 4, 2022                          **HAYES PAWLENKO LLP**

                                                       By:/s/Kye D. Pawlenko
                                                         Attorneys for Plaintiff